PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HELEN HAMLIN, *etc.*, | ) | |
| | ) | CASE NO. 4:20CV0117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| GORANT CHOCOLATIER, LLC, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

On October 14, 2020, the Court was informed by Stephanie M. Scipione, one of the attorneys for Defendant, that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before November 13, 2020, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

| | |
|---|---|
| October 14, 2020 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |